FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

20 AUG 18 AM 8:53

CLERK_____
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT
For the
SOUTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| DANNY WHITE | } | account no. 0020556299 |
| Plaintiff(s) | } | Jury Trial Demanded |
| Vs. | } | |
| Santander Consumer USA Inc. | } | CV120- 115 |
| Car max of Augusta GA | } | Case No._____ |
| _____ | } | VIN # 2G1115S38G9182920 |
| Defendant(s) | | |

**Complaint for Breach of Contract and Demand for Title/Credit Restoration Due to Illegal Predatory Lending Ponzi scheme by Santander Consumer USA**

**Basis for Jurisdiction**

Under 28 U.S.C. } 1332 Federal Courts have Jurisdiction to hear this case when the amount at stake is more than 75,000 and both defendants are corporation and not just citizen; therefore given the court Jurisdiction over subject matter.

A. **The Plaintiff**
   1. Danny White is a citizen of the State of Georgia and resident of Screven County

B. **The Defendants**
   1. Santander Consumer USA INC, is incorporated under the laws of the State of Georgia and Has principal place of business in the State of Texas
   2. The Defendant, Santander USA INC, is incorporated under the Laws of The state of Georgia and has principal place of business in Georgia, Texas and other states

C. **The amount in Controversy**
   1. The amount in controversy will be more than $75,000 after the jury trial verdict in this case.

      Plaintiff request immediate credit restoration.

   2. Request temporary Injunction be issued upon Santander consumer USA from being able to order any/all towing companies to Repo one 2016 Chevy Impala Vin # 2G1115S38G91829220. The court has heard said case and a final disposition in same
   3. Jury Trial Demanded
   4. Request the defendant be charged with contempt of court order
   5. Request punitive damages

**Statement of Claim**

Plaintiff unwillingly entered into a Predatory Loan/Ponzi Scheme Auto Loan with Santander USA INC. on 07/16/2017 on Chevrolet Impala 2016 for the sum of $654.10 with a 27.33% rate finance charge of $24,275.95 on a $20,000 auto loan for 72 months which was not totally truthful. On May 20, 2020, Santander USA INC made with 33 States for $550 million to be paid back to the consumer which Santander USA INC which Santander USA Inc. has refused to execute (view included attachment settlement by William Tong attorney General 421664). The defender's unethical practices conducted by Santander Consumer USA during this loan origination process which has been unfair, deceptive and fraudulent conduct, forces me to demand the title to my car for Breach of Contract.

Santander Consumer USA placed plaintiff in a Ponzi scheme loan upon which the defendants knew carried a high probability of default. This high interest/fees Ponzi loans equates equally to the same scheme Bernie Madoff pulled off which landed him in Federal prison for 150 years. Illegal Internal Scoring process by Santander Consumer USA INC Vin # 2G1115S38G9182920, the defenders Santander Consumer USA INC owes the plaintiff car titles to 2016 Chevy Impala Vin # 2G1115S38G9182920.

On 06/15/2020 @3:00 P.M. I received a call from an agent acting upon Santander Consumer USA, INC's behalf, by the name of Jadine ID #998894 who stated to the plaintiff that I did not have to make any more payments on the Impala due to the agreement reach by Santander Consumer USA in the Subprime Auto Lending Ponzi scheme. Plaintiff was also advised of full credit restoration by Santander consumer USA INC. with all three credit Bureaus due to said Ponzi scheme. My credit has been destroyed of this Ponzi loan.

**Relief**

1. Demand for Jury Trial
2. Request for Credit Restoration at all three credit bureau
3. Demand for car title
4. Temporary/permanent injunction be issued again Santander Consumer USA INC and any /all Agent of Santander Consumer USA INC for any repossession of said vehicle until the jury has heard said case.
5. Punitive damages request

P.O. Bx 304
Sylvania, GA. 30467

 

U.S. POSTAGE PAID
FCM LG ENV
SYLVANIA, GA
30467
AUG 11, 20
AMOUNT
$1.20
R2304W120532-01

1000   30901

Southern District Court
600 James Brown Blvd.
Augusta, Ga. 30901